## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : CRIMINAL NO. |
| v. | : |
| **VINITA PEARL SMITH,** | : VIOLATIONS: |
| Defendant. | : |
| | : 18 U.S.C. § 1752(a)(1) |
| | (Entering or Remaining in Restricted Building or Grounds) |
| | |
| | 22 D.C. Code § 3302(b) |
| | (Unlawful Entry (Public Property)) |

### INFORMATION

The United States Attorney charges that:

### COUNT ONE

On or about January 9, 2019, within the District of Columbia, the defendant, **VINITA PEARL SMITH**, did knowingly enter and remain, and attempt to enter and remain, in a restricted building and grounds, that is, the White House Complex and Grounds, without lawful authority to do so.

(**Entering or Remaining in Restricted Building or Grounds**, in violation of Title 18, United States Code, Section 1752(a)(1))

### COUNT TWO

On or about January 9, 2019, within the District of Columbia, the defendant, **VINITA PEARL SMITH**, without lawful authority, did enter and attempt to enter certain public property, that is, the White House Complex and Grounds.

(**Unlawful Entry (Public Property)**), in violation of 22 D.C. Code, Section 3302(b) (2001 ed.))

Respectfully submitted,

JESSIE K. LIU
United States Attorney
DC Bar No. 472845

By: _____
Thomas A. Gillice
Assistant United States Attorney
D.C. Bar No. 452336
United States Attorney's Office
555 4th Street NW, 11th Floor
Washington, D.C. 20530
(202) 252-1791
thomas.gillice@usdoj.gov