## SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
### CRIMINAL DIVISION
### UNITED STATES
### VS
### SMITH, VINITA PEARL
CCN #: **19005248**
Arrest Number: **49190083**

The event occurred on **01/09/2019** at approximately 1356 at **1600 PENNSYLVANIA AVENUE, NW, WASHINGTON, DC 20006**

THE EVENT OCCURRED ON WEDNESDAY, JANUARY 9, 2019 AT 1356 HOURS, IN FRONT OF 1600 PENNSYLVANIA AVENUE, N.W. WASHINGTON D.C., FURTHER IDENTIFIED AS THE WHITE HOUSE.

OFFICER M. LEONARDI (AO) #1895 WHILE OPERATING A MARKED UNIFORMED SECRET SERVICE PATROL VEHICLE RESPONDED TO THE NORTH FENCE LINE OF THE WHITE HOUSE TO ASSIST WITH A FOOTBEAT OFFICER WHO WAS CONFRONTED BY AN INDIVIDUAL WISHING TO SPEAK TO THE PRESIDENT. AO ARRIVED ON SCENE AND OBSERVED AAO-1 L.LLAMAS #2099 SPEAKING WITH S-1. AT THAT TIME, S-1 WAS STANDING OUTSIDE THE POLICE BARRIERS THAT MARKED THE RESTRICTED AREA IN FRONT OF THE WHITE HOUSE, WHICH WERE CLEARLY MARKED WITH SIGNS STATING "RESTRICTED AREA- DO NOT ENTER." S-1 WAS LATER IDENITIFIED AS VINITA P. SMITH BY HER DC BIRTH CERTIFICATE. S-1 STATED SHE WAS THE RULER OF THE WORLD AND CAME TO THE WHITE HOUSE TO CLAIM HER BIRTH RIGHT. SHE FURTHER STATED THAT IF SHE WAS UNABLE TO SPEAK TO THE PRESEIDENT THAT SHE WOULD TAKE OVER THE WHITE HOUSE. S-1 WAS ADVISED BY MULTIPLE OFFICERS THAT SHE WOULD NOT BE ABLE TO SPEAK TO THE PRESIDENT AND IF SHE MADE AN ATTEMPT TO BYPASS THE POLICE BARRIERS THAT SHE WOULD BE ARRESTED. S-1 PULLED THE POLICE BARRICADE OUT OF PLACE THREE TIMES DURING THE ENCOUNTER. S-1 STATED THE FIRST TWO TIMES THAT SHE IS THE RULER OF THE WORLD AND THE OFFICERS RETURNED THE BARRICADE TO ITS DESIGNIATED POSITION. ON S-1'S THIRD ATTEMPT, SHE PULLED THE POLICE BARRICADE OUT OF PLACE AND THEN MADE AN ATTEMPT TO CLIMB OVER IT BY PLACING HER HANDS ON THE TOP OF THE BARRICADE AND A FOOT ON THE BOTTOM AND BEGAN TO PUSH HERSELF OVER THE BARRIER. AT THAT TIME, AO PHYSICALLY INTERVENED AND PLACED S-1 INTO CUSTODY.  THE AREA THAT S-1 ATTEMPTED TO SCALE WAS IN AN AREA THAT WAS CLEARLY MARKED BY MULTIPLE SIGNS THAT STATE "RESTRICTED AREA DO NOT ENTER"WHICH IS PART OF THE WHITE HOUSE GROUNDS. AO VERIFIED THAT S-1 DID NOT HAVE AN APPOINTMENT IN THE WHITE HOUSE WORKER AND VISITOR ENTRANCE SYSTEM. THERE IS VIDEO SURVEILLANCE OF S1 PULLING THE CLEARLY MARKED POLICE BARRICADES OPEN AND ILLEGALLY ATTEMPTING TO ENTER THE RESTRICTED AREA.  AT 1422 HOURS, S-1 WAS PLACED UNDER ARREST FOR UNLAWFUL ENTRY.

The event and acts described above occurred primarily in the District of Columbia and were committed as described by defendant(s) listed in the case caption.

Subscribed and sworn before me this **01/09/2019**

LEONARDI, MATTHEW/1895   (01/09/2019)
Police Officer / Badge#/ CAD#                         Unit                         Witness / Deputy Clerk

**LEONARDI, MATTHEW/1895**                                                              SGT. TANIA Y. BELL
Printed Name of Member/ Badge#/ CAD#                          Printed Name of Witness/ Deputy Clerk

The foregoing statement was made under penalty of criminal prosecution and punishment for false statements pursuant to D.C. Code 22-2405