UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 1:19-CR-10 (TNM) |
| | : | |
| VINITA PEARL SMITH, | : | |
| | : | |
| Defendant. | : | |
| | : | |

### ORDER

In light of the government's Motion to Dismiss the Information, and the lack of any opposition thereto, and for good cause shown, it is, on this 11th day of January 2019, hereby ORDERED:

that the Information is DISMISSED.

Trevor N. McFadden
United States District Court Judge